# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  WA:25-CR-00222(1)-ADA |
| § | |
| (1) ROSALIO SAMANIEGO-VALVERDE § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 26, 2025, wherein the defendant (1) ROSALIO SAMANIEGO-VALVERDE waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) ROSALIO SAMANIEGO-VALVERDE to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) ROSALIO SAMANIEGO-VALVERDE's plea of guilty to Count One (1) is accepted.

Signed this 9th day of September, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE